**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

PATRICK MILLER, individually and on behalf of similarly situated individuals,

Plaintiff,

v.

UNIVERSITY OF COLORADO HEALTH,

Defendant.

Case No. 1:26-CV-3562-KAS

**DEFENDANT UNIVERSITY OF COLOARADO HEALTH'S MOTION TO DISMISS**

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendant University of Colorado Health ("Defendant" or "UC Health") respectfully move this Court to dismiss Plaintiff's Complaint ("Complaint") with prejudice.

Plaintiff's putative class action Complaint is based on conclusory allegations that Defendant transmitted personal health information from its publicly available website to third parties for commercial gain. To that end, Plaintiff asserts a single claim for violation of the Electronic Communications Privacy Act. As set forth in detail in the accompanying Memorandum of Law in Support, this Court should dismiss Plaintiff's Complaint with prejudice as no amount of repleading will save this claim.

Dated: September 21, 2026

BAKER & HOSTETLER LLP

*<u>/s/ Jonathan S. Maddalone</u>*

Paul G. Karlsgodt
Bobbye E. Pyke
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
pkarlsgodt@bakerlaw.com
bpyke@bakerlaw.com

Jonathan S. Maddalone
BAKER & HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, D.C. 20036
Telephone: (202) 861-1727
Facsimile: (202) 861-1783
jmaddalone@bakerlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this September 21, 2026, a true and accurate copy of the foregoing was filed and served via CM/ECF on all parties of record.

*/s/ Jonathan S. Maddalone*
Jonathan S. Maddalone